IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RHODA EDWARDS, § | |
| § | |
| Plaintiff, § | Civil Action No. 6:18-cv-00733-RBD-GJK |
| § | |
| v. § | |
| § | |
| KOHL'S DEPARTMENT STORES, § | |
| INC., § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 8, 2018

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

James B. Saylor, Esq.
Kelley Drye & Warren, LLP
101 Park Ave
New York, NY 10178-0062
212-808-5052
Fax: 212-808-7897
Email: jsaylor@kelleydrye.com

Scott Underwood, Esq.
Buchanan Ingersoll & Rooney, PC
401 E Jackson St Ste 2400
Tampa, FL 33602-5236
813-228-7411
Fax: 813-229-8313
Email: Scott.Underwood@bipc.com

Victoria J. Oguntoye, Esq.
Buchanan Ingersoll & Rooney, PC
401 E Jackson St Ste 2400
Tampa, FL 33602-5236
813-222-1118
Fax: 813-229-8313
Email: victoria.oguntoye@bipc.com

Vincent P. Rao , II, Esq.
Kelley, Drye & Warren, LLP
1 Jefferson Rd
Parsippany, NJ 07054
973/503-5924
Fax: 973/503-5950
Email: vrao@kelleydrye.com
Attorney for Defendant


Dated: August 8, 2018                       By: /s/ Amy L. Bennecoff Ginsburg
                                                Amy L. Bennecoff Ginsburg, Esq.
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002

Tel: 215-540-8888  
Fax: 215-540-8817  
aginsburg@creditlaw.com