# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RHODA EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 6:18-cv-00733-RBD-GJK |
| | ) |
| KOHLS DEPARTMENT STORES, INC., | ) |
| Defendant. | ) |
| | ) |
| | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

*/s/ James B. Saylor*  
James B. Saylor, Esq.  
Kelley Drye & Warren, LLP  
101 Park Ave  
New York, NY 10178-0062  
212-808-5052  
Fax: 212-808-7897  
Email: jsaylor@kelleydrye.com  
Attorney for the Defendant  

Date: September 28, 2018

*/s/ Amy L. Bennecoff Ginsburg*  
Amy L. Bennecoff Ginsburg, Esq.  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: 215-540-8888  
Fax: 877-600-2112  
Email: teamkimmel@creditlaw.com  
Attorney for Plaintiff  

Date: September 28, 2018

BY THE COURT:

_____  
J.

## Certificate of Service

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 28th day of September, 2018:

James B. Saylor, Esq.
Kelley Drye & Warren, LLP
101 Park Ave
New York, NY 10178-0062
212-808-5052
Fax: 212-808-7897
Email: jsaylor@kelleydrye.com

Scott A. Underwood, Esq.
Buchanan Ingersoll & Rooney PC
401 E. Jackson Street, Suite 2400
Tampa, FL 33602
Phone: 813-222-1187
Fax: 813-222-8189
Email: Scott.Underwood@bipc.com

Vincent P. Rao, Esq.
Kelley Drye & Warren-NJ
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
973-503-5900
Email: vrao@kelleydrye.com

Victoria J. Oguntoye, Esq.
Buchanan Ingersoll & Rooney, PC
401 E Jackson St Ste 2400
Tampa, FL 33602-5236
813-222-1118
Fax: 813-229-8313
Email: victoria.oguntoye@bipc.com
Attorney for the Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-600-2112
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff
